# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM SUMNER,<br><br>      Plaintiff,<br><br>v.<br><br>PHILLIPS & COHEN ASSOCIATES, LTD.,<br><br>      Defendant. | **Case No.: 1:13-cv-334-SLR-SRF** |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a), counsel for all parties hereto stipulate to the dismissal with prejudice without fees and cost to either party, other than as agreed to by the parties.

| | |
|---|---|
| */S/ Art C. Aranilla* | */S/ W. Christopher Componovo* |
| Art C. Aranilla | W. Christopher Componovo |
| Marshall, Dennehey, Warner, Coleman & Goggin, P.C. | Kimmel & Silverman, P.C. |
| | Silverside Carr Executive Center |
| 1220 N Market Street | Suite 118, 501 Silverside Road |
| # 5TH Floor | Phone: 302-791-9373 |
| Wilmington, DE 19899 | Fax: 302-791-9476 |
| Phone: 302-552-4354 | |
| Email: ACAranilla@MDWCG.com | |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: January 7, 2014 | Date: January 7, 2014 |

BY THE COURT:

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certified that on January 7, 2014 I electronically filed the foregoing by using the CM/ECF system, which will send notification to the following:

Art C. Aranilla, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin, P.C.
1220 N Market Street 5TH Floor
Wilmington DE 19899
ACAranilla@MDWCG.com

By: */S/ W. Christopher Componovo*